# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134299

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 134299
COA: 274641
Muskegon CC: 89-031031-FC

KENNETH RAMSEY,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the May 17, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

Clerk

t1119